# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00003-CV

### In re Charlie Flentroy

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Charlie Flentroy petitions for a writ of mandamus compelling the district court to rule on his application for post-conviction writ of habeas corpus.

Only the Court of Criminal Appeals has jurisdiction over post-conviction habeas corpus proceedings. Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2011). Because Flentroy's petition for mandamus relief is based on the district court's alleged failure to rule on his post-conviction application for writ of habeas corpus, we lack jurisdiction over his complaint. *See McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992); *see also In re Washington*, No. 14-09-00158-CR, 2009 Tex. App. LEXIS 3788, at *2 (Tex. App.—Houston [14th Dist.] 2009, orig. proceeding); *cf*. Tex. Gov't Code Ann. 22.221(b) (West 2004) (authorizing courts of appeals to issue writs of mandamus to enforce court's jurisdiction).

The petition for writ of mandamus is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed:   January 13, 2012